IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLA R. THOMPSON,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, ET AL.,<br><br>    Defendants. | No. C 13-05287 JSW<br><br>**ORDER TO SHOW CAUSE AND VACATING HEARING ON MOTIONS TO DISMISS** |

This matter is set for a hearing on April 25, 2014 on the motions to dismiss filed by the Defendants City of Oakland and A&B Auto Company. Pursuant to Local Civil Rule of the Northern District 7-3, an opposition or statement of non-opposition to these motion were due to be filed and served by no later than March 14, 2014. To date, Plaintiff has not filed an opposition or statement of non-opposition to either motion.

Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing, by no later than **April 21, 2014**, why the pending motions to dismiss should not be granted in light of her failure to file timely oppositions or statements of non-opposition. If Plaintiff seeks to file a substantive response to Defendants' motions, Plaintiff must demonstrate good cause for failing to file her opposition brief in a timely fashion. In her response to this Order, Plaintiff is also directed to show cause why this case should not be dismissed for failure to prosecute. Plaintiff is admonished that his failure to respond this Order by **April 21, 2014**, will result in a dismissal of this action without further notice.

If Plaintiff files a substantive response to Defendants' motions and demonstrates good cause for her delay, the Court will provide Defendants an opportunity to file a reply brief by no later than May 2, 2014. The hearing set for April 25, 2014 is HEREBY VACATED and shall be reset, if necessary, by further order.

The Court advises Plaintiff that the Handbook for Pro Se Litigants, contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office. The Court also advises Plaintiff that she also may wish to seek assistance from the Legal Help Center. Plaintiff may call the Legal Help Center at (415) 782-9000, extension 8657, or sign up on the 15th Floor of the Courthouse, Room 2796, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated: April 14, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLA R. THOMPSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF OAKLAND et al,<br><br>　　　　　Defendant. | Case Number: CV13-05287 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 14, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ella R. Thompson
4933 Cougar Peak Court
Antioch, CA 94531

Dated: April 14, 2014

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk